# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 22, 2022

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number:  22-90009-G
Case Style:  Eric Jones v. Scribe Opco, Inc.
District Court Docket No:  8:20-cv-02945-VMC-SPF

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See
11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a
motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of
such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lee Aaron, G/lt
Phone #: 404-335-6172

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  22-90009-G

_____

SCRIBE OPCO, INC.,
d.b.a. BIC Graphic,

Petitioner,

versus

ERIC JONES,
 on behalf of himself and all other similarly-situated,

Respondent.

_____

Petition for Permission to Appeal from the
United States District Court for the Middle District of Florida

_____

Before: JORDAN, NEWSOM, and BRANCH, Circuit Judges.

BY THE COURT:

The motion to dismiss the petition for permission to appeal for lack of jurisdiction, filed by respondent Eric Jones, is GRANTED. The district court has not certified any order for immediate appeal under 28 U.S.C. § 1292(b), so we are without statutory authority to consider Scribe Opco, Inc.'s ("Scribe Opco") petition. *See* 28 U.S.C. § 1292(b). Moreover, neither the district court's March 17, 2022 order denying Scribe Opco's motion to dismiss nor the April 20, 2022 order refusing to certify an immediate appeal were final or immediately appealable under the collateral order doctrine. *See* 28 U.S.C. § 1291; *World Fuel Corp. v. Geithner*, 568 F.3d 1345, 1348 (11th Cir. 2009); *Plaintiff A v. Schair*, 744 F.3d 1247, 1252-53 (11th Cir. 2014).

Accordingly, the petition is DISMISSED for lack of jurisdiction.   Jones's motion for

sanctions is DENIED.