# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO: 8:20-cv-2945-VMC-SPF | DATE: March 17, 2023 |
|---|---|
| HONORABLE VIRGINIA M. HERNANDEZ COVINGTON | |
| ERIC JONES<br><br>    Plaintiff,<br>v.<br><br>SCRIBE OPCO, INC.<br><br>    Defendant | PLAINTIFF COUNSEL<br>Brandon J. Hill,<br>Luis A. Cabassa<br><br>DEFENDANT COUNSEL<br>John Christopher Getty<br>Peter W. Zinober |
| COURT REPORTER: Tana Hess | DEPUTY CLERK: Derek Young |
| TIME: 1:02 PM – 1:39 PM   TOTAL: 37 mins | COURTROOM: 14B |

**PROCEEDINGS:** FINAL APPROVAL HEARING

All parties present and identified for the record.

The Court addresses Plaintiff's *Unopposed MOTION for Attorney Fees and Costs* (Doc. 121) – orally granted by the court.

The Court addresses Plaintiff's *Motion for Final Approval of the Parties' Class Action Settlement* (Doc. 122)- orally granted by the court.

The court will enter orders granting both motions accordingly.